<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-1830**

———————————

DORIS NEILL MOZLEY,

                      Petitioner - Appellant,

     versus

COMMISSIONER OF INTERNAL REVENUE,

                      Respondent - Appellee.

———————————

Appeal from the United States Tax Court.  (Tax Ct. No. 00-4865)

———————————

Submitted:  November 29, 2001     Decided:  December 5, 2001

———————————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Doris Neill Mozley, Appellant Pro Se.  David English Carmack, Janet A. Bradley, Tamara Wenda Ashford, Paula Marie Junghans, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Stuart L. Brown, Richard W. Skillman, INTERNAL REVENUE SERVICE, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Doris Mozley appeals from the tax court's order determining deficiencies with respect to her 1995 and 1996 federal income tax liability.  Our review of the record and the tax court's opinion discloses no reversible error.  Accordingly, we affirm on the reasoning of the tax court. <u>Mozley v. Commissioner</u>, No. 00-4865 (U.S. Tax Ct. May 31, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.


<u>AFFIRMED</u>

2